IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **08-cv-1397-AP**

**In re: KIMBERLY MICHELLE MAYHEW**

**DOUGLAS ANDRE MAYHEW,**

        Appellant,

v.

**KIMBERLY MICHELLE MAYHEW,**

        Appellee.

## ORDER

Kane, J.

The court has been notified that the filing fee in this matter has been paid. The Order to Show Cause (doc. #8), entered on July 22, 2008, is, therefore, DISCHARGED.

This matter is now before the Court on Appellant's Motion for Leave to File Interlocutory Appeal (doc. #1), filed July 2, 2008. No answer in opposition having been filed, it is ordered that the motion is GRANTED.

Dated this 5th day of August, 2008.

                                                      BY THE COURT:

                                                    *S/John L. Kane*
                                                    John L. Kane, Senior Judge
                                                    United States District Court