IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **08-cv-1397-AP**

**In re: KIMBERLY MICHELLE MAYHEW**

**DOUGLAS ANDRE MAYHEW,**

    Appellant,

v.

**KIMBERLY MICHELLE MAYHEW,**

    Appellee.

## ORDER

Kane, J.

This matter is before the Court again on Appellant's Motion for Leave to File Interlocutory Appeal (doc. #1), filed July 2, 2008. The Court granted leave to appeal yesterday on the grounds that no answer in opposition was filed. That was inaccurate. The Bankruptcy Court failed to notify the District Court of the timely filing of an Objection to Motion for Leave to File Interlocutory Appeal. The objection was filed with the Bankruptcy Court on July 10, 2008, but was not provided to this Court for docketing until today. The Order Granting Leave to Appeal entered yesterday is **VACATED**. The Court finds that the Objection to the Motion for Leave to Appeal is valid. Appellant's Motion for Leave to File Interlocutory Appeal (doc. #1) is therefore **DENIED**.

Dated this 6th day of August, 2008.

BY THE COURT:

*S/John L. Kane*
John L. Kane, Senior Judge
United States District Court